V I R G I N I A :

IN THE UNITED STATES DISTRICT COURT<br>
FOR THE EASTERN OF VIRGINIA<br>
Richmond Division

| | |
|---|---|
| FRANCIS A. FINN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.3:11cv031 |
| ) | |
| SUNTRUST BANK, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF APPEARANCE

THE CLERK will please note the appearance of Thomas R. Breeden, Esquire as co-counsel for the Plaintiff in this matter.

FRANCIS A. FINN<br>
By Counsel

_____/s/_____
Thomas R. Breeden, Esq. (VSB #33410)
THOMAS R. BREEDEN, P.C.
10326 Lomond Drive
Manassas, Virginia  20109
(703) 361-9277 Telephone
(703) 257-2259 Facsimile
trb@tbreedenlaw.com
*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I certify that on the 24th day of February, 2011, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

Leonard Bennett, Esq.
Consumer Litigation Associates
12515 Warwick Boulevard, Suite 100
Newport News, VA 23606

William D. Bayliss, Esquire
Brendan D. O'Toole, Esquire
Williams, Mullen, Clark & Dobbins, P.C.
PO Box 1320
Richmond, VA 23218-1320

_____/s/_____
Thomas R. Breeden, Esquire
(VSB #33410)
THOMAS R. BREEDEN, P.C.
10326 Lomond Drive
Manassas, Virginia  20109
(703) 361-9277 Telephone
(703) 257-2259 Facsimile
trb@tbreedenlaw.com
*Counsel for Plaintiff*